RECEIVED
CHARLOTTE, N.C.
JUN 2 9 2005
Clerk, U.S. District Court
W. District of N.C.

Gregory L. Poe
ROBBINS, RUSSELL, ENGLERT, ORSECK & UNTEREINER LLP
1801 K Street, N.W., Suite 411 L.
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
Pending Application for Admission *Pro Hac Vice*

CHARLOTTE, N. C.
JUL - 1 2005
U. S. DISTRICT COURT
W. DIST. OF N. C.

Attorneys for Defendant Michael J. Ricks

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## (CHARLOTTE DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No.: 3:05CR66-02-V |
| MICHAEL J. RICKS AND JOHN H. WOODY, ) | |
| Defendants. ) | |

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

Upon consideration of the Motion for Admission *pro hac vice* submitted by defendant Michael J. Ricks, through his attorney, and the accompanying declaration of Gregory L. Poe, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that Gregory L. Poe, counsel for defendant Ricks in this matter, is admitted *pro hac vice.*

SO ORDERED this 1st day of July, 2005.

_Carl Horn, III_
United States Magistrate Judge

Copies to:

Matthew T. Martens, Esq.
Assistant United States Attorney
Western District of North Carolina
227 West Trade Street, Suite 1650
Charlotte, NC 28202

Gregory L. Poe
Robbins, Russell, Englert, Orseck & Untereiner LLP
1801 K Street, N.W., Suite 411L
Washington, D.C. 20006

Jeffrey F. Robertson
Crowell & Moring, LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

William G. Hundley
Akin, Gump, Strauss, Hauer & Feld, LLP
1333 New Hampshire Ave., N.W.
Suite 1000
Washington, DC 20036

Samuel Wolff
Akin, Gump, Strauss, Hauer & Feld, LLP
1333 New Hampshire Ave., N.W.
Suite 1000
Washington, DC 20036